

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2021

No. 04-21-00194-CR

Chance **WATSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7426
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The clerk's record was originally due July 26, 2021, but was not filed. On July 26, 2021, the district clerk filed a notification of late record, requesting an extension until August 26, 2021 to file the record. After consideration, we **GRANT** the request and **ORDER** the district clerk to file the record **by August 26, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2021.

_____
Michael A. Cruz,
Clerk of Court